LANSING H. KEELER, as Administrator of the Estate of LANSING J. P. KEELER, Deceased, Appellant, v. LONG ISLAND RAIL ROAD COMPANY, Respondent.

Argued October 13, 1948; decided April 20, 1949.

*Reuben L. Haskell* for appellant.

*Andrew F. Van Thun, Jr., Ralph E. Hemstreet* and *William J. O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, FULD and BROM-LEY, JJ. CONWAY and DYE, JJ., dissent and vote to reverse and grant a new trial upon the following grounds: (1) that there was a question of fact presented as to whether the accident was one which should reasonably have been foreseen by the defendant, (2) that there was a question of fact as to whether the covering of the third rail was adequate in view of the fact that plaintiff's intestate was crossing from a path closely paralleling this dangerous death-dealing instrumentality alongside railroad tracks in which grass and weeds had been permitted to grow, and (3) that it was error to exclude proof of a prior similar accident within 300 feet of the place of the instant accident in which another boy had been injured under similar circumstances.